MOTION FOR ~~MEDICAL CARE~~

1:23-CV-00128
2/11/23

FILED FEB 15 2023 RORY L. PERRY II, CLERK U.S. District Court Southern District of West Virginia

1. I LACOSTA Steele AM petioning the courts to ~~Recieve in~~ GRANT A reISSUANCE OF my seizure & mood ~~stabilizer~~ Stabilizer medication ~~med~~, CARBAMAZEPINE 200mg.

2. WHEN I Arrived At SFF HAZelton on June 16th I ~~personally~~ HAD one month on my persons. Once the persciption ended, ~~SFF HAZe~~ the prison did not renew or revalidate ~~that~~ my medication. Prior to CONVICTION & INCARSERATION I HAVE had THIS SAMe medication, CARBAMAZPINE, been ~~be~~ perscribed since 2015, ~~administered~~ As ~~in~~ STATes in medical History. ON November 21, 2022 ~~I AM requesting that for the Honorable court to grant this motion~~

1. SFF HAZelton CliNician SAW ~~me~~ me & Submitted A consult for EEG For Absence Seizure Disorder. ~~Even Though the consultation has been pre Approved & pending, I~~ THE CONSULTATION HAS been Approved & pending.

I am Requesting the Honorable Courts Grant motion for SFF Hazelton to temporarily renew my perscription untill the EEG consultation results have been verified. Due to my emotional & mental unstability.